# Exhibit 1

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 10/9/2025 9:30 AM

FILED
8/11/2025 11:06 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L010130
Calendar, U
33967335

FILED DATE: 8/11/2025 11:06 PM   2025L010130

IN THE CIRCUIT COURT OF COOK COUNTY, ILLLINOIS
COUNTY DEPARTMENT; LAW DIVISION

| | |
|---|---|
| GARFIELD PETROLEUM, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2025L010130 |
| THE CITY OF CHICAGO, a Municipal Corporation, and MARLENE HOPKINS, Building Commissioner of the City of Chicago, | ) ) ) ) ) |
| Defendants. | ) |

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

## COMPLAINT AT LAW

Now comes the Plaintiff, Garfield Petroleum, Inc. an Illinois Corporation (GARFIELD), by and through its attorney Jeffrey Isaacson, and in complaining against the City of Chicago (CHICAGO) and Marlene Hopkins (HOPKINS) Building Commissioner of the City of Chicago, states as follows:

1. Plaintiff Garfield owns, operates and manages a gas station and retail store located at 1952 West Garfield Boulevard, all in the City of Chicago, County of Cook, State of Illinois.

2. The city of Chicago department of buildings inspectors and other Chicago city employees conducted a 'warrantless' inspection of the property located at 1952 W Garfield Blvd. Chicago Illinois on or about April 4, 2025.

FILED DATE: 8/11/2025 11:06 PM 2025L010130

3. The City of Chicago Department of buildings commissioner issued an immediate emergency closure order following the inspection, and the premises it said location was posted with a notice stating that the premises was "OFF LIMITS DO NOT ENTER".(Attached hereto, marked as Exhibit A is a true and correct copy of said Notice, and incorporated as though fully set forth herein).

4. Subsequently said commissioner issued a written emergency closure order which stated that pursuant to Chicago municipal code chapter 14A-3-307 said property was "a public nuisance that is dangerous, hazardous, and endangers the public health due to the violations as stated" In an attached report. It also stated that, "it is therefore been determined that the building constitutes an imminent and actual danger to the tenants and occupants, and to the public at large".

5. The building violations noted and said emergency closure order included violations noted as dangerous and hazardous. None of said violations were noted to be imminent hazards, and none in fact were.

6. Chicago municipal code section 148-3-307.1 states, "Where a building, structure, or premises has been damaged by fire, deterioration, unpermitted work, or or other clause, or shows clear evidence of structural failure, and where it constitutes an imminent hazard to the occupants or to the public, the building official, fire code official, Superintendent of police, or commissioner of public health is authorized to order said building, structure or premises vacated and closed until unsafe conditions are remedied in accordance with the municipal code.

7. The term "Imminent hazard" is not defined in the city of Chicago Municipal Code Section 14. The common definition of said term is that it refers to a condition that poses

"A substantial likelihood of causing death, serious illness, severe injury, or substantial endangerment to the health, property, or the environment in the near future, before formal proceedings to address the risk can be completed. It signifies a high degree of risk requiring immediate action. There must be a substantial likelihood, not just to remote possibility that harm will occur".

8. That said emergency closure order knowingly misrepresented the level and probability of the imminent danger of the sighted code violations as required by section 14A-3-307 of the Chicago municipal code to justify the emergency closure order issued to the plaintiffs' property.

9. As a matter of fact, the violations that were cited that day were all dismissed by the city of Chicago. (Attached hereto, marked as Exhibit B, is a true and correct copy of the violations and non-suit by the City, incorporated as though fully set forth herein). At all times relevant hereto Hopkins acted in concert with the other employees of the city of Chicago and under color of Municipal law.

10. Defendants' intentionally, wrongfully, and unlawfully deprived the plaintiff of its' property without due process of law and violation of the Fourth and Fourteenth Amendment to the Constitution of the United States.

11. Plaintiffs" were greatly damaged by this wrongful closure and suffered great pecuniary loss, as well as loss of reputation in the community.

Wherefore, The Plaintiff, Garfield Petroleum Inc., respectfully requests this Court enter judgment in its favor and against the City of Chicago, and Marlene Hopkins individually,

in an amount in excess of the minimal jurisdictional amount of this Court, together with such other, further or different relief as deemed appropriate and just.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

Jeffrey M. Isaacson
Attorney at Law
1001 Green Bay Road Suite 174
Winnetka, Illinois 60093
312 523-9636
Attorney Code 33867
lawofficejmi@gmail.com

FILED DATE: 8/11/2025 11:06 PM  2025L010130

FILED DATE: 8/11/2025 11:06 PM   2025L010130

FILED
8/11/2025 11:06 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L010130
Calendar, U

# EXHIBIT A



# EXHIBIT B

FILED
8/11/2025 11:06 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L010130
Calendar, U

FILED DATE: 8/11/2025 11:06 PM   2025L010130

DOAH - Order



(1/00)

# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

FILED DATE: 8/11/2025 11:06 PM 2025L010130

| | | |
|---|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) | Address of Violation: | |
| v. ) | 1952 W Garfield | |
| ) | | |
| Garfield Petroleum Inc Clark ) | Docket #: 25RV001375 | |
| 1952 W GARFIELD BV ) | | |
| CHICAGO, IL 60609 ) | Issuing City | |
| , Respondent. ) | Department: Business Affairs and Consumer Protection | |

## FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | R102540473 | 1 | 4-276-470(13)(b) Selling or offering for sale outdated shelf-stable products, unless clearly designated as outdated | $0.00 |
| | | 2 | 4-276-470(13)(b) Selling or offering for sale outdated shelf-stable products, unless clearly designated as outdated | $0.00 |
| City non-suit | R102540475 | 3 | 3-42-110(d) Rule T3 Seizure Fee and Storage Cost | $0.00 |
| | | 4 | 4-276-470(13)(a) Selling or offering for sale outdated perishable food and over-the-counter medications. | $0.00 |
| City non-suit | R102540478 | 5 | 4-276-470 (8) Deceptive practices - causing confusion/misunderstanding or false/deceptive representation concerning affiliation, connection or association with, or certification by, another | $0.00 |
| | | 6 | 4-276-470 (8) Deceptive practices - causing confusion/misunderstanding or false/deceptive representation concerning affiliation, connection or association with, or certification by, another | $0.00 |
| City non-suit | R102540479 | 7 | 4-276-470 (8) Deceptive practices - causing confusion/misunderstanding or false/deceptive representation concerning affiliation, connection or association with, or certification by, another | $0.00 |

Date Printed: Jun 3, 2025 12:58 pm

25RV001375
Page 1 of 2

DOAH - Order (1/00)



# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

FILED DATE: 8/11/2025 11:06 PM  2025L010130

**CITY OF CHICAGO**, a Municipal Corporation, Petitioner, )
v. )
Garfield Petroleum Inc )
1952 W GARFIELD BL )
CHICAGO, IL 60609 )
, Respondent. )

Address of Violation:
1952 W Garfield

Docket #: 25RV001213

Issuing City
Department: Business Affairs and Consumer Protection

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| Finding | NOV# | Count(s) | Municipal Code Violated | Penalties |
|---|---|---|---|---|
| City non-suit | R102540477 | 1 | 3-42-025 Cook County Tobacco Tax Stamp Required. | $0.00 |

**Sanction(s):**
Storage Fee
Tow Fee

Subject to license discipline

**Admin Costs:** $0.00
**JUDGMENT TOTAL:** $0.00
**Balance Due:** $0.00

ENTERED: _[signature]_     15    May 13, 2025
Administrative Law Judge    ALO#    Date

This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.

Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.

Date Printed: Jun 3, 2025 12:57 pm

25RV001213
Page 1 of 1

DOAH - Order

(1/00)

FILED DATE: 8/11/2025 11:06 PM  2025L010130

# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a Municipal Corporation, Petitioner, )
        v. )
        )
Garfield Petroleum Inc )
1952 W GARFIELD BL )
CHICAGO, IL 60609 )
        , Respondent. )

Address of Violation:
1952 W Garfield

Docket #: 25RV001203

Issuing City
Department: Business Affairs and Consumer Protection

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | R102540476 | 1 | 3-42-020(d) Tax stamp required. | $0.00 |

**Sanction(s):**
Storage Fee
Tow Fee

Subject to license discipline
**Admin Costs:** $0.00
**JUDGMENT TOTAL:** $0.00
Balance Due: $0.00

ENTERED: _[signature]_      15      May 13, 2025
    Administrative Law Judge      ALO#      Date

This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.

Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.

Date Printed: Jun 3, 2025 12:58 pm

25RV001203
Page 1 of 1

DOAH - Order

(1/00)

# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

FILED DATE: 8/11/2025 11:06 PM   2025L010130

CITY OF CHICAGO, a Municipal Corporation, Petitioner, )
v. )
)
Garfield Petroleum Inc )
1952 W GARFIELD BL )
CHICAGO, IL 60609 )
)
, Respondent. )

Address of Violation:
1952 W Garfield

Docket #: 25RV001213

Issuing City
Department: Business Affairs and Consumer Protection

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| Finding | NOV# | Count(s) | Municipal Code Violated | Penalties |
|---|---|---|---|---|
| City non-suit | R102540477 | 1 | 3-42-025 Cook County Tobacco Tax Stamp Required. | $0.00 |

**Sanction(s):**
Storage Fee
Tow Fee

Subject to license discipline

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $0.00

**Balance Due:** $0.00

ENTERED: _____     15         May 13, 2025
             Administrative Law Judge       ALO#           Date

This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.

Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.

Date Printed: Jun 3, 2025 12:57 pm

25RV001213
Page 1 of 1

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, U

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☒ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** Cook
*County Where You Are Filing the Case*

FILED
12/22/2025 12:00 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L010130
Calendar, U
35876207

FILED DATE: 12/22/2025 12:00 AM   2025L010130

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Garfield Pertoleum, Inc.
*Who started the case.*   *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** City of Chicago and Marlene Hopkins
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

2025L010130
**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

⚠️ **For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☒ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 W. Washington Blvd., Chicago, Illinois
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*              *Time*                                        *Courtroom Number*

Chicago City Clerk-Council Div.
2025 DEC 22 PM 12:49

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*
SU-S 1503.7                                    Page 1 of 6                                      (11/24)

FILED DATE: 12/22/2025 12:00 AM 2025L010130

Case Number: 2025L010130

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                *Courtroom Address*        *Courtroom Number*

☐ **Remotely** (video or telephone)

   **By video conference** at: _____
               *Video Conference Website*

   Log-in information: _____
               *Video Conference Log-in Information, Meeting ID, Password, etc.*

   **By telephone** at: _____
               *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
*Circuit Clerk's Phone Number*      *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ <u>in excess of $50,000</u>.
   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
   ☐ Yes  ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☐ I am having 1 Defendant/Respondent served and their information is on this form below.

☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: <u>1</u>.
   *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: <u>City of Chicago</u>
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

<u>Corporation Counsel</u>
*First, Middle, and Last Name*

Street Address: <u>121 N. LaSalle St #600</u>
*Street, Apt #*

City, State, ZIP: <u>Chicago, IL 60602</u>
   *City*        *State*  *Zip*

Telephone: <u>(312) 744-0220</u>   Email: _____

Case Number: 2025L010130

c. **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
            *Street, Apt #*

City, State, ZIP: _____
            *City*            *State*      *Zip*

Telephone: _____  Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
                        *County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name Garfield Pertoloeum
    *First, Middle and Last Name*

Registered Agent's name, if any Jeffrey Isaacson, Attorney
                            *First, Middle and Last Name*

Street Address 1001 Green Bay Road #174
            *Street, Apt #*

City, State, ZIP: Winnetka, IL 60093
            *City*            *State*      *Zip*

Telephone: (312) 523-9636  Email: lawofficejmi@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____
                12/22/2025 12:00 AM Mariyana T. Spyropoulos
Clerk of the Court: _____

**To be filled in by an officer or process server:**
Date of Service: __12/22/24__
*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 12/22/2025 12:00 AM 2025L010130

FILED DATE: 12/22/2025 12:00 AM  2025L010130

Case Number: 2025L010130



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number:* 2025L010130

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT
☒ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Garfield Pertoleum, Inc.
*Who started the case.* *First, Middle, and Last Name or Business Name*

2025L010130
**Case Number**

**DEFENDANTS/RESPONDENTS:** City of Chicago and Marlene Hopkins
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

FILED DATE: 12/22/2025 12:00 AM 2025L010130

Case Number: 2025L010130

☐ On the **Business's agent:** _____
                                   *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

FILED DATE: 12/22/2025 12:00 AM   2025L010130

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
_____
_____

**SIGN**

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____   Print Your Name _____

You are: ☐ Sheriff in Illinois            ☐ Special process server
        ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                          *County and State*                                                       *License number*

**FEES:**
Service and Return: $_____   Miles: $_____   Total: $0.00 _____

FILED DATE: 12/22/2025 12:00 AM 2025L010130

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Garfield Petrpleum
*Who started the case.*   *First, Middle, and Last Name or Business Name*

2025L01030
**Case Number**

**DEFENDANTS/RESPONDENTS:** City of Chicago and Marlene Hopkins
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Marlene Hopkins
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporation Counsel
*First, Middle, and Last Name*

Street Address 121 N. LaSalle St., #600
*Street, Apt #*

City, State, ZIP: Chicago, IL 60602
*City*    *State*    *Zip*

Telephone: _____ Email: _____

B. **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*    *State*    *Zip*

Telephone: _____ Email: _____

C. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*